UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In Re:                                                       Chapter 13

DONTAY BECKWITH AND                 Case No. 09-B-37574
KIM MARIE BECKWITH,

                             Debtors,
------------------------------------------------------x

                   TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

   Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

      CLAIMANT(s)' NAME &
      LAST KNOWN ADDRESS                         AMOUNT OF DIVIDEND

      Mr. & Mrs. Beckwith                              $300.00
      PO Box 3313
      Newburgh, New York 12550                      refund

   Trustee's check to your order in the sum of $300.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated:   White Plains, New York
          March 22, 2011

                                                       Respectfully submitted,
                                                       */s/ Jeffrey L. Sapir*
                                                       JEFFREY L. SAPIR
                                                       Standing Chapter 13 Trustee